AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

GREYWOLF HOLDINGS LP, ACM ATM, LLC, and CASPIAN OPPORTUNITIES, INC.,

**APPEARANCE**

Plaintiffs,

-against-    Case Number: 08 Civ. 5971 (SCR)

ROBERT ONG,

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Robert Ong

I certify that I am admitted to practice in this court.

8/18/08
Date

Signature

Brian T. Belowich    BB 6910
Print Name    Bar Number

DelBello Donnellan, et al.    1 North Lexington Ave.
Address

White Plains    NY    10601
City    State    Zip Code

(914) 681-0200    (914) 684-0288
Phone Number    Fax Number