AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

GREYWOLF HOLDINGS LP, ACM ATM, LLC, and
CASPIAN OPPORTUNITIES, INC.,

                     Plaintiffs,

           -against-

ROBERT ONG,

                     Defendant.

**APPEARANCE**

Case Number: 08 Civ. 5971 (SCR)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

  Defendant Robert Ong

    I certify that I am admitted to practice in this court.

August 18, 2008
Date

*/s/ Kevin Plunkett*
Signature

Kevin J. Plunkett                KP 3049
Print Name                         Bar Number

DelBello Donnellan, et al.   1 North Lexington Ave.
Address

White Plains        NY        10601
City                 State         Zip Code

(914) 681-0200       (914) 684-0288
Phone Number             Fax Number