# MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

Attorneys at Law

1311 MAMARONECK AVENUE, WHITE PLAINS, NY 10605
TEL: (914)517-5000 | FAX: (914)517-5055

August 15, 2008

**BY FAX (914) 390-4179**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

## MEMO ENDORSED

Re: Greywolf Holdings LP, ACM ATM, LLC,
and Caspian Opportunities, Inc. v.
Robert Ong
08 CIV. 5971 (SCR)
Our File No. 14887

Dear Judge Robinson:

We represent plaintiffs Greywolf Holdings LP, ACM/ATM, LLC, and Caspian Opportunities, Inc. in the above-referenced action. It is our understanding that defendant Robert Ong is in the process of retaining DelBello Donnellan Weingarten Wise & Wiederkehr LLP ("DDWW") to represent him in this action, but has not signed a formal retainer agreement. Accordingly, we have been asked by attorneys from DDWW to seek the Court's permission for a brief extension from August 22, 2008 to September 8, 2008, to file the joint proposed scheduling order. We have consented to this request.

Plaintiffs have also consented, with the Court's permission, to adjourn Defendant's deadline to respond to the Complaint to September 8, 2008, with the understanding that Defendant will not seek any further extensions and that the parties will not seek an adjournment of the Court conference scheduled for October 24, 2008.

We thank the Court for its consideration of these requests.

Respectfully,

APPLICATION GRANTED
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
8/21/08

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
*Russell M. Yankwitt* /km
Russell M. Yankwitt

RMY/km
cc: DelBello Donnellan Weingarten Wise & Wiederkehr LLP
00210332.WPD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____