UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREYWOLF HOLDINGS LP, ACM ATM, LLC, and CASPIAN OPPORTUNITIES, INC.,

                Plaintiffs,

-against-

ROBERT ONG,

                Defendant.

Case No. 08 Civ. 5971 (SCR)

NOTICE OF MOTION TO DISMISS

---

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Brian T. Belowich dated September 8, 2008 and the accompanying Memorandum of Law, Defendant Robert Ong ("Ong"), by his attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, will move this Court, before the Honorable Stephen C. Robinson, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, on October 10, 2008 at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order: (i) granting Ong's motion to dismiss the Complaint herein pursuant to Rules 12(b)(6), 9(b), 12(b)(7) and 19 and of the Federal Rules of Civil Procedure; and (ii) granting to Ong such other and further relief as this Court deems just and proper.

Dated: White Plains, New York
       September 5, 2008

                              DELBELLO DONNELLAN WEINGARTEN
                              WISE & WIEDERKEHR, LLP

                By: _____
                              Kevin J. Plunkett (KP 3049)
                              Brian T. Belowich (BB 6910)
                              1 North Lexington Avenue
                              White Plains, New York 10601
                              (914) 681-0200
                              Attorneys for Defendant Robert Ong