UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREYWOLF HOLDINGS LP, ACM ATM, LLC, and CASPIAN OPPORTUNITIES, INC.,

                              Plaintiffs,

-against-

ROBERT ONG,

                              Defendant.

Case No. 08 Civ. 5971 (SCR)

---

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, copies of the following documents were filed electronically: (1) Notice of Motion to Dismiss; (2) Declaration of Brian T. Belowich in Support of Motion to Dismiss; and (3) Memorandum of Law in Support of Motion to Dismiss.

Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties can access the documents through the Court's electronic filing system.

In addition, I hereby certify that copies of the foregoing documents were served via Federal Express overnight mail upon the following:

    Russell M. Yankwitt, Esq.
    Meiselman, Denlea, Packman, Carton & Eberz P.C.
    1311 Mamaroneck Avenue
    White Plains, New York 10605

Dated:  White Plains, New York
           September 5, 2008

                                              /s/ Brian T. Belowich
                                                Brian T. Belowich